UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  KENNETH D. TAYLOR § Case No. 11-80953
       LEANE M. TAYLOR § 
        §
       Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/11/2011.

2) The plan was confirmed on 05/27/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/04/2011.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $175,870.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 14,248.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 14,248.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 743.41 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,243.41 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| THE NATIONAL BANK & TRUST CO | Sec | 12,500.00 | 14,453.78 | 12,500.00 | 9,406.21 | 598.38 |
| THE NATIONAL BANK & TRUST CO | Uns | 1,900.00 | 0.00 | 1,953.78 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Uns | 6,250.00 | 1,862.89 | 1,862.89 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 450.00 | 444.46 | 444.46 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 490.00 | 461.21 | 461.21 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 16,175.00 | 2,659.46 | 2,659.46 | 0.00 | 0.00 |
| CARDWORKS | Uns | 1,035.00 | 1,079.59 | 1,079.59 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 16,100.00 | 1,740.07 | 1,740.07 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 725.00 | 756.75 | 756.75 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 5,670.00 | 1,068.09 | 1,068.09 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 8,940.00 | 8,938.73 | 8,938.73 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,540.00 | 970.36 | 970.36 | 0.00 | 0.00 |
| FINGERHUT | Uns | 3,200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 1,000.00 | 543.33 | 543.33 | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 3,475.00 | 2,542.29 | 2,542.29 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 260.00 | 261.76 | 261.76 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 8,000.00 | 7,140.49 | 7,140.49 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HSBC BANK NEVADA NA | Uns | 11,500.00 | 4,653.02 | 4,653.02 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 400.00 | 420.58 | 420.58 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 1,885.00 | 487.49 | 487.49 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 8,300.00 | 4,613.83 | 4,613.83 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 4,500.00 | 2,932.79 | 2,932.79 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 1,200.00 | 1,210.92 | 1,210.92 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 900.00 | 239.15 | 239.15 | 0.00 | 0.00 |
| MERRICK BANK | Uns | 2,065.00 | 2,064.32 | 2,064.32 | 0.00 | 0.00 |
| PHILLIPS 66 CARD | Uns | 940.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 760.00 | 735.67 | 735.67 | 0.00 | 0.00 |
| RESURGENT | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 700.00 | 716.33 | 716.33 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,500.00 | 1,482.65 | 1,482.65 | 0.00 | 0.00 |
| STATE FARM BANK | Uns | 2,900.00 | 2,947.54 | 2,947.54 | 0.00 | 0.00 |
| THE SWISS COLONY | Uns | 2,530.00 | 2,575.46 | 2,575.46 | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 2,150.00 | 1,550.60 | 1,550.60 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 170.00 | 439.49 | 439.49 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 840.00 | 414.45 | 414.45 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 1,430.00 | 1,429.32 | 1,429.32 | 0.00 | 0.00 |
| WELLS FARGO - SLUMBERLAND | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 200.00 | 193.13 | 193.13 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 20,845.00 | 420.00 | 420.00 | 0.00 | 0.00 |
| LOUIS CAPRA & ASSOC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 0.00 | 4,638.16 | 4,638.16 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Uns | 0.00 | 638.50 | 638.50 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 1,588.41 | 1,588.41 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 662.83 | 662.83 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 374.56 | 374.56 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 0.00 | 1,458.25 | 1,458.25 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 0.00 | 622.57 | 622.57 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 2,923.20 | 2,923.20 | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 0.00 | 652.57 | 652.57 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 354.93 | 354.93 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 1,008.56 | 1,008.56 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 1,521.77 | 1,521.77 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 1,904.06 | 1,904.06 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 496.49 | 496.49 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 6,744.00 | 6,744.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 2,330.30 | 2,330.30 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 247.05 | 247.05 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 553.83 | 553.83 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 281.75 | 281.75 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 1,976.40 | 1,976.40 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 5,350.49 | 5,350.49 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 1,026.14 | 1,026.14 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 1,733.21 | 1,733.21 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 5,844.65 | 5,844.65 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 242.54 | 242.54 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 0.00 | 3,763.65 | 3,763.65 | 0.00 | 0.00 |
| BACK BOWL I LLC | Uns | 0.00 | 1,803.40 | 1,803.40 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 3,184.96 | 3,184.96 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL II LLC | Uns | 0.00 | 1,834.38 | 1,834.38 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 0.00 | 614.01 | 614.01 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 0.00 | 5,556.61 | 5,556.61 | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 0.00 | 936.72 | 936.72 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 938.78 | 938.78 | 0.00 | 0.00 |
| HSBC BANK NEVADA, NA | Uns | 0.00 | 1,143.22 | 1,143.22 | 0.00 | 0.00 |
| HSBC BANK NEVADA, NA | Uns | 0.00 | 4,982.54 | 4,982.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 582.67 | 582.67 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 2,244.90 | 2,244.90 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 498.28 | 498.28 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 2,207.82 | 2,207.82 | 0.00 | 0.00 |
| CANDICA LLC | Uns | 0.00 | 2,014.84 | 2,014.84 | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 0.00 | 143.12 | 143.12 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 12,500.00 | $ 9,406.21 | $ 598.38 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 12,500.00 | $ 9,406.21 | $ 598.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 139,575.12 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,243.41 |
| Disbursements to Creditors | $ 10,004.59 |
| **TOTAL DISBURSEMENTS:** | $ 14,248.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 11/15/2011          By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)